UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**United States of America**

v.

**Attila Kalmar**

Case No. 2:17-cr-00010-JES-CM-1

\_\_\_\_\_ Evidentiary
\_\_\_\_\_ Trial
\_\_X\_\_ Detention Hearing

## DEFENSE EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | 2/21/2017 | 2/21/2017 | Admitted by Defense (no witness) | Criminal Case Records Search Results |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |

Page 1 of 1