UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 2:17-cr-10-FtM-38CM

ATTILA KALMAR
_____/

### **ORDER**[1]

Before the Court are two motions: Motion for a Writ prepared by Lonnie Greer on Defendant Attila Kalmar's behalf (Doc. 172) and Kalmar's *pro se* Motion for Temporary Injunction (Doc. 173). The Court sentenced Kalmar to eighteen months' imprisonment on September 5, 2018. (Doc. 170). The timeframe to appeal has not yet expired, and Mark Youngblood, Esq. still represents Kalmar. Consequently, the motions filed before the Court are inappropriate.

Accordingly, it is now

**ORDERED:**

(1) The Motion for a Writ prepared by Lonnie Greer on Defendant Attila Kalmar's behalf (Doc. 172) and Kalmar's *pro se* Motion for Temporary Injunction (Doc. 173) are **DENIED without prejudice**.

(2) The Clerk is **DIRECTED** to **forward** both motions (Doc. 172; Doc. 173) to Mark Youngblood, Esq.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**DONE AND ORDERED** at Fort Myers, Florida, this September 24, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record