UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:17-cr-10-FtM-29CM

ATTILA KALMAR
_____

# FINAL ORDER OF FORFEITURE

This cause comes before the Court upon the United States' motion for a Final Order of Forfeiture for the following asset:

> The real property located at 10721 Pioneer Road, North Fort Myers, Florida 33917, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:
>
> The North half of the East half of the East half of the Northwest quarter of the Southeast quarter of Section 14, Township 43 South, Range 25 East, Lee County.
>
> Parcel Number: 14-43-25-00-00007.0020.

On August 31, 2018, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the Court entered an order of forfeiture against the defendant in the amount of $274,019.00 and a preliminary order of forfeiture for the real property identified above. Doc. 167.

In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of the intent to dispose of the real property on the official government website, www.forfeiture.gov, beginning on September 1, 2018, and ending on September 30, 2018.  Doc. 177.  The publication gave notice to all third parties with a legal interest in the real property to file with the Office of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901, a petition to

adjudicate their interest within 60 days of the first date of publication.

In accord with 21 U.S.C. § 853(n), the United States properly noticed the only parties known to have a potential interest in the real property. The United States recognizes and agrees to pay from the remaining proceeds of the sale of the real property (to the extent that there are sufficient proceeds after the deduction of the United States' expenses) the *ad valorem* real property taxes and *non-ad valorem* assessments due and owing to the Lee County Tax Collector. Other than the defendant, whose interest was previously forfeited to the United States, and the Tax Collector, First AK-Open Sec Trust, Discover Bank, JP Morgan Chase, and Citibank (whom did not file a claim), no other party filed a petition or claimed an interest in the real property, and the time for filing such petition has expired.

The United States' motion is **GRANTED**. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the real property is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the real property is now vested in the United States of America, subject to any *ad valorem* real property taxes and *non-ad valorem* assessments due and owing to the Lee County Tax Collector.

**DONE and ORDERED** in Fort Myers, Florida, on this 27th day of February, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record